GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant
Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KERRY HARDY, | Case No. 2:22-cv-00101-JCM-EJY |
| Plaintiff, | |
| vs. | **JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES LLC, | |
| Defendant. | |
| | **SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from March 16, 2022 through and including **April 15, 2022**. The request was made by Equifax so that the parties may have additional

//

//

//

//

1  time to engage in settlement discussion, and Plaintiff approves.  This stipulation is filed in good
2  faith and not intended to cause delay.
3       Respectfully submitted, this 15th day of March, 2022.

5  CLARK HILL PLLC

6  By: /s/Gia N. Marina
GIA N. MARINA
7  Nevada Bar No. 15276
3800 Howard Hughes Drive, Suite 500
8  Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
9  Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
10

11  *Attorney for Defendant Equifax Information Services LLC*

5  **<u>No opposition</u>**

6  /s/David H. Krieger
David H. Krieger, Esq.
7  Nevada Bar No. 9086
Shawn Miller, Esq.
8  Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
9  2850 W. Horizon Ridge Blvd., Suite 200
Henderson, NV 89052
11  Phone: (702) 848-3855
Fax: (702) 385-5518
12  Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

14  *Attorneys for Plaintiff*

18  IT IS SO ORDERED:

20  _____
United States Magistrate Judge

21  DATED:  March 16, 2022

- 2 -