David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No.  7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Kerry Hardy*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KERRY HARDY,<br><br>              Plaintiff(s),<br><br>      vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>              Defendant(s). | Case No.: 2:22-cv-00101-JCM-EJY<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST EQUIFAX INFORMATION SERVICES, LLC, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Kerry Hardy ("Plaintiff") and Equifax Information Services, LLC ("Defendant" or "Equifax"), collectively the "Parties," by and through their counsel of record, that Plaintiff's causes of action and claims against Equifax are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2) and the Parties request that the case be closed.

**KRIEGER LAW GROUP, LLC**
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on November 22, 2022.

*/s/ Shawn W. Miller*
David H. Krieger, Esq.
Shawn W. Miller, Esq.
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road,
Suite 200
Las Vegas, Nevada 89148
Attorneys for Plaintiff,
**Kerry Hardy**

*/s/ Gia N. Marina*
Gia N. Marina, Esq.
CLARK HILL PLLC
3800 Howard Hughes Drive
Suite 500
Las Vegas, Nevada 89169
Attorneys for Defendant,
**Equifax Information Services, LLC**

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: November 29, 2022
_____